DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**3989 CWELT-2007 LLC,**
Appellant,

v.

**MTGLQ INVESTORS, LP, ANTHONY S. VARGAS** a/k/a
**ANTHONY VARGAS, SHARI VARGAS** a/k/a **SHARI LIPES,
PNC BANK, SUCCESSOR IN INTEREST TO NATIONAL CITY BANK,
WELLEBY MANAGEMENT ASSOCIATION, INC.,**
Appellees.

No. 4D20-72

[November 19, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey, Judge; L.T. Case No. CACE-13-026448(11).

Rachel M. Coe of Polaris Legal Group, Pompano Beach, for appellant.

Rosannie Troche Morgan of eXL Legal, PLLC, St. Petersburg, for appellee MTGLQ Investors, LP.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***